# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: SORIN 3T HEATER-COOLER SYSTEM PRODUCTS LIABILITY LITIGATION (NO. II)** | : MDL NO. 2816<br>: CIVIL ACTION NO. 1:18-MD-2816<br>:<br>: (Judge Conner) |
| **THIS DOCUMENT RELATES TO:**<br><u>**Sterling et al. v. LivaNova Holding USA, Inc. (f/k/a Sorin Group USA, Inc.), et al.**</u>, No. 1:21-CV-606 | :<br>:<br>:<br>: |

## ORDER

AND NOW, this 22nd day of November, 2021, upon consideration of plaintiffs' motion (Doc. 5) to remand, and the parties' respective briefs in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that plaintiffs' motion (Doc. 5) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania